

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00085-CV

IN RE TEXAS ETHICS COMMISSION                                          RELATOR

-----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 14-06508-16

-----------

## MEMORANDUM OPINION[1]

-----------

We have considered Relator's "Motion To Dismiss Original Proceeding In Light Of Forthcoming Expedited Direct Appeal." It is the court's opinion that the motion should be granted.

Accordingly, we grant the motion to dismiss, dismiss all other pending motions as moot, and dismiss this original proceeding.


PER CURIAM

PANEL: DAUPHINOT, MEIER, and GABRIEL, JJ.

DELIVERED: March 25, 2015

---

[1]See Tex. R. App. P. 47.4, 52.8(d).